Via Telephone

Crim-Mot hrg (Dec-2008)

HONORABLE: Janet C. Hall

DEPUTY CLERK Diahann Lewis            RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: _____ hours 55 minutes    USPO _____ INTERPRETER _____

DATE: 8/13/2020    START TIME: 10:00    END TIME: 10:55

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 3:16cr204 (JCH) _____ Deft # _____

UNITED STATES OF AMERICA          Joseph Vizcarrondo

                                                            AUSA

vs

                                                 Daniel Erwin (Vicky Hutchinson dft's state atty)

Ramon Monroig                    Defendant's Counsel ☐ CJA ☐ Retained ☒ PDA

## **HEARING ON CRIMINAL MOTIONS**

| | | | |
|---|---|---|---|
| ☐......# ___ | Deft_____ Motion_____ | ☐granted ☐denied ☐advisement |
| ☒......# 38 | Deft_____ Motion to Seal - granted | ☒ granted |
| ☒......# 37 | Deft_____ Motion for Release - denied for | ☐ granted ☒denied ☐advisement |
| ☐......# ___ | Deft_____ Motion reasons stated on the record | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____ hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____